William L. Haluck, Esq. (SBN 80146)
Greg K. Koeller, Esq. (SBN 312470)
Koeller, Nebeker, Carlson & Haluck, LLP
3 Park Plaza, Suite 1500
Irvine, CA 92614-8558
949-864-3400; fax: 949-864-9000
Email: bill.haluck@knchlaw.com / greg.koeller@knchlaw.com

Attorneys for Defendant
COUNTY OF ORANGE

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BRIAN JAMES,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF ORANGE; and DOES 1-10,<br><br>Defendants. | Case No.: SACV 20-789-MWF DFMx)<br><br>**ORDER OF DISMISSAL OF DEFENDANT COUNTY OF ORANGE**<br><br>Action Date: 5/21/18<br>Trial Date:   1/15/19 |

COMES NOW, the Court, pursuant to the Joint Stipulation For Dismissal of Defendant County of Orange, and upon good cause being shown, hereby orders that this Action is hereby dismissed, with prejudice, as to Defendant County of Orange, pursuant to FRCP 41(a)(1), with each side to bear its own attorney's fees and costs.

DATED: May 11, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge

**ORDER OF DISMISSAL**

004.582:420811v1